ROBERT A. KNIGHT, as Assignee in Insolvency of JAMES McKEON, Respondent, *v.* SIMON ROTHSCHILD, as Surviving Partner of the Firm of S. ROTHSCHILD & BROTHER, Appellant.

*Knight* v. *Rothschild*, 132 App. Div. 274, modified.
(Argued January 15, 1912; decided January 30, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 14, 1909, affirming, in so far as appealed from by defendant and reversing in so far as appealed from by plaintiff, a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover upon a foreign judgment.

*B. F. Einstein* for appellant.

*Omri F. Hibbard* for respondent.

Order of Appellate Division modified so as to strike therefrom the judgment of affirmance on the appeal of plaintiff and also the provision for the recovery of costs

of appeal against defendant; and defendant having been permitted to withdraw his appeal from so much of the order as directed a new trial, the appeal from that portion of the order of the Appellate Division is dismissed, without costs of this appeal to either party; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.